IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TERRANCE SHAWN JEFFERIES** | : | **NO. 12-512-13** |

## ORDER

**NOW**, this 21st day of August, 2023, upon consideration of Defendant Terrance Shawn Jefferies' Motions for Reduction of Sentence (Doc. No. 446), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.