IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TERRANCE SHAWN JEFFERIES | : | NO. 12-512-13 |

### ORDER

**NOW**, this 21st day of August, 2023, upon consideration of Defendant Terrance Shawn Jefferies' Motion for Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 456), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.