# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TERRANCE SHAWN JEFFERIES** | : | **NO. 12-512-13** |

## ORDER

**NOW**, this 24th day of April, 2025, upon consideration of the Motion for Modification or Reduction of Sentence: 18 U.S.C. 3852(c)(2) (Doc. No. 490) and the Government's Response to the Defendant's Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 (Doc. No. 493), it is **ORDERED** that the motion is **DENIED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.